**DISMISS and Opinion Filed September 20, 1999**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-97-00583-CV

## DEE H. NORTON, JR., Appellant

## V.

## DANIEL C. SCOTT and HAROLD KAYE, Appellees

On Appeal from the 95th Judicial District court
Dallas County, Texas
Trial Court Cause No. 93-6322-D

# OPINION PER CURIAM

Before Chief Justice Thomas and Justices Poff[1] and Rosenberg[2]

Before the Court is appellant and appellees' September 16, 1999 joint motion to dismiss appeal in which they state they (1) "have reached agreement to dismiss this appeal" and (2) "agree that the appellate costs should be charged to the party incurring same." Accordingly, we **GRANT** the joint motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Subject to any agreement of the parties, each party is **ORDERED** to bear its own appellate costs. After all costs have been paid, the obligations of Dee H. Norton, Jr., as principal, and Reva

---

[1] The Honorable H. Bryan Poff, Jr., Former Justice, Court of Appeals, Seventh District of Texas at Amarillo, sitting by assignment.

[2] The Honorable Barbara E. Rosenberg, Former Justice, Court of Appeals, Fifth District of Texas at Dallas, sitting by assignment.

L. Knight and Jon Sparling as sureties on appellant's cost bond, are discharged.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEE H. NORTON, JR., Appellant

No. 05-97-00583-CV      V.

DANIEL C. SCOTT and HAROLD KAYE,
Appellees

Appeal from the 95th Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. 93-
6322-D).
Opinion delivered per curiam before Chief
Justice Thomas and Justices Poff and
Rosenberg.

Based on the Court's opinion of this date, the appeal is **DISMISSED**. It is **ORDERED**
that each party bear its own appellate costs, subject to any agreement of the parties.

After all costs have been paid, the obligations of Dee H. Norton, Jr., as principal, and
Reva L. Knight and Jon Sparling, as sureties on appellant's cost bond, are discharged.


Judgment entered    September 20, 1999

LINDA THOMAS
CHIEF JUSTICE